# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WANDA COAKER, : | |
|    Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION 1:18-00229-KD-N |
| OXFORD HEALTHCARE, : | |
|    Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated September 17, 2018 is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice; and additionally or alternatively pursuant to Rule 11(a) due to Plaintiff's failure to return a signed version of her complaint.

**DONE** and **ORDERED** this the **11th** day of **October 2018.**

                                /s/ Kristi K. DuBose
                                **KRISTI K. DuBOSE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**